Submitted on petition for review January 3, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for reconsideration February 23, 1995

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## CLINT LEON SPENCER,
*Petitioner on Review.*

(CC 10-93-00735, 10-93-00896 through 10-93-00909;
CA A80171 (Control) through A80184,
A80414; SC S41929)

888 P2d 1043

Sally L. Avera, Public Defender, and Diane L. Alessi, Chief Deputy Public Defender, Salem, filed the petition for petitioner.

No appearance *contra*.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of *State v. Kephart*, 320 Or 433, 887 P2d 774 (1994), and *State v. Martin*, 320 Or 448, 887 P2d 782 (1994).